IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

NEDRA FORTSON,

    Plaintiff,

vs.

PHOEBE PUTNEY MEMORIAL
HOSPITAL, INC., a non-profit, domestic
corporation,

    Defendant.

CASE NO.: 1:09cv-00019(WLS)

**PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES
AND ANSWER TO DEFENDANT'S COUNTERCLAIM
TO PLAINTIFF'S COMPLAINT**

    PLAINTIFF, NEDRA FORTSON, by and through the undersigned counsel, hereby responds to the Defendant, PHOEBE PUTNEY MEMORIAL HOSPITAL, INC.'s Answer and Counterclaim to Plaintiff's Complaint, and says the following:

**ANSWER TO DEFENDANT'S AFFIRMATIVE DEFENSES**

    PLAINTIFF, NEDRA FORTSON, hereby denies each of the Affirmative Defenses, consecutively numbered, First Defense through and including Seventeenth Defense, asserted by the Defendant in its Answer and Counterclaim to Plaintiff's Complaint.

**ANSWER TO DEFENDANT'S COUNTERCLAIM TO PLAINTIFF'S COMPLAINT**

PLAINTIFF, NEDRA FORTSON, in response to Defendant's Counterclaim to Plaintiff's Complaint hereby answers each of the allegations set forth therein and states as follows:

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. Deny.
8. Deny.
9. Deny in part, admit in part. The plaintiff denies accepting consideration for a release agreement. The plaintiff admits bringing lawsuit against the defendant..
10. Plaintiff adopts and incorporates her Answers to paragraphs 1 through 8 of the Counterclaim.
11. Admit.
12. Admit.
13. Deny.
14. Deny.
15. Deny.

16. Deny.

The plaintiff denies the defendant has asserted any contractual or statutory basis for an award of costs, expenses and reasonable attorneys' fees in its Counterclaim.

I HEREBY CERTIFY that on March 13, 200, I electronically filed with the Court a true and correct copy of the foregoing Plaintiff's Response to Defendant's Affirmative Defenses and Answer to Counterclaim to Plaintiff's Complaint, using the CM/ECF system which will send notification of each filing to the Attorney for Defendant, Robert O. Sands, Esq., M. Baker Wyche III, Esq., and Michael Oliver Eckard, Esq., of Ogletree, Deakins, Nash, Smoak & Stewart, PC, and that there are no non CM/ECF participants.

Respectfully submitted,

/s Gary Lee Printy
GARY LEE PRINTY
FL BAR NO. 363014
THE LAW OFFICE OF GARY LEE PRINTY
1804 Miccosukee Commons Drive, Ste. 200
Tallahassee, Florida 32308-5471
Telephone (850) 877-7299
FAX (850) 877-2211

Attorneys for Plaintiff
NEDRA FORTSON