**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

NEDRA FORTSON, \*

   Plaintiff \*

                                   Case Number 1:09-CV-19 (WLS)

vs. \*

PHOEBE PUTNEY MEMORIAL
HOSPITAL, INC., \*

   Defendant \*

## **J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2011, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant on Plaintiff's Complaint and Plaintiff shall recover nothing of Defendant on her Complaint. Defendant shall also recover costs of this action.

This 31st day of March, 2011.

                                                            Gregory J. Leonard, Clerk

                                                             S/ Wanda K. Sanders, Deputy Clerk