IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

NEDRA FORTSON,                          *

      Plaintiff,                  *

v.                                       Case No. 1:09-CV-19(WLS)

                                                             *

PHOEBE PUTNEY MEMORIAL
HOSPITAL, INC., a non-profit, domestic   *
corporation,
                                                              *

      Defendant.
_____

## **J U D G M E N T**

Pursuant to the Order of this Court dated and filed March 27, 2012, and for the reasons stated therein, JUDGMENT is entered as follows: Defendant's state law based Counterclaim is Dismissed without-prejudice. Judgment was entered previously on March 31, 2011 in favor of defendant on plaintiff's complaint. Therefore, Defendant is awarded attorneys' fees in the amount of $ 5,760.00. This amount shall accrue interest from the date of entry of judgment at the rate of 0.20 % per annum until paid in full.

    This 27th day of March, 2012.

                                                Gregory J. Leonard, Clerk

                                                s/ Wanda K. Sanders, Deputy Clerk